UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff,                           Hon. Janet T. Neff

v.                                      Case No. 1:18-cv-152

EVIE LEE, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Defendant's Motion for Default Judgment. (ECF No. 32). Pursuant to 28 U.S.C. § 636(b)(1)(B), the undersigned recommends that Defendant's motion be **granted** and **judgment entered against Defendant Renee Blanke**.

Plaintiff Metropolitan Life initiated this interpleader action requesting that the Court resolve ownership to certain life insurance benefits payable upon the death of Richard Hicks. (ECF No. 1). Metropolitan Life named as defendants three of Hicks' children as well as Hicks' caregiver, Renee Blanke. (ECF No. 1). Service was timely effected on Defendant Blanke. (ECF No. 9). Blanke failed to timely answer or otherwise participate in this matter. On April 11, 2018, Plaintiff moved for entry of default against Blanke. (ECF No. 17). Default was entered against Blanke the following day. (ECF No. 19). On May 8, 2018, the disputed funds having been deposited with the Court, Plaintiff Metropolitan Life was dismissed. (ECF No. 26). On July 3, 2018, Defendant Evie Lee submitted the present motion seeking default judgment against Defendant Blanke.

Entry of default judgment is governed by Federal Rule of Civil Procedure 55(b) which provides:

> (b) Entering a Default Judgment.
>
> (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.
>
> (2) By the Court. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:
>
> (A) conduct an accounting;
>
> (B) determine the amount of damages;
>
> (C) establish the truth of any allegation by evidence; or
>
> (D) investigate any other matter.

Default judgment may be entered against a defendant who fails to answer or otherwise respond to an interpleader complaint. *See, e.g., Columbus Life Ins. Co. v. Walker-Macklin*, 2016 WL 4007092 at *2 (S.D. Ohio, July 25, 2016); *Usable Life Co. v. Gann*, 2009 WL 4348588 at *2 (E.D. Tenn., Nov. 24, 2009). By "failing to answer or otherwise defend [her] stake in the interpleader claim, the defaulting party forfeits [her] interest in the funds at issue in an interpleader action and [her]

interest is terminated upon entry of a default judgment." *Columbus Life*, 2016 WL 4007092 at *2; *see also*, *Usable Life*, 2009 WL 4348588 at *2 (same).

The complaint and subsequent entry of default were served on Defendant Blanke who was further informed, on multiple occasions, that failure to answer or otherwise respond to the interpleader complaint may result in the forfeiture of any claim she may have to the life insurance benefits at issue.  (ECF No. 9, 19, 33).  Considering, Blanke's failure to answer the complaint, respond to the previous entry of default, or otherwise participate in this action, the undersigned recommends that default judgment be entered against Blanke and her interest in the subject life insurance benefits be terminated.

## **CONCLUSION**

For the reasons articulated herein, the undersigned recommends that <u>Defendant's Motion for Default Judgment</u>, (ECF No. 32), be **granted, judgment entered against Defendant Renee Blanke, and Blanke's interest in life insurance proceeds that form the basis for this action be terminated**.

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Respectfully submitted,

Dated: July 12, 2018         /s/ Ellen S. Carmody
                             ELLEN S. CARMODY
                             United States Magistrate Judge

-3-