UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

     Plaintiff,

v.

EVIE LEE, et al.,

     Defendants.

_____/

Case No. 1:18-cv-152

HON. JANET T. NEFF

## ORDER

This is a civil action.  Defendant Evie Lee filed a Motion for Entry of Default Judgment as to Defendant Renee Blanke (ECF No. 32).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 12, 2018, recommending that Defendant Lee's motion be granted, default judgment be entered against Defendant Renee Blanke, and Defendant Blanke's interest in the life insurance proceeds that form the basis for this action be terminated. The Report and Recommendation was duly served.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 34) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment as to Defendant Renee Blanke (ECF No. 32) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated:  August 1, 2018                                        /s/ Janet T. Neff
                                                             JANET T. NEFF
                                                             United States District Judge